IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE LEE BAILEY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4202 |
| | § | |
| STEPHANIE ABRON, M.D., *ET AL.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The Office of the Attorney General's *Amicus Curiae* Motion to Seal the *Martinez* report (Docket Entry No. 19) is GRANTED. The Martinez report (Docket Entry No. 20) is ORDERED SEALED, subject to review by this Court, and shall remain sealed until further order of this Court.

Signed at Houston, Texas on March 12, 2019.

Gray H. Miller
Senior United States District Judge